

# Fourth Court of Appeals
## San Antonio, Texas

August 15, 2018

No. 04-18-00542-CV

**IN RE** Nathan E. **CARRILLO**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:    Sandee Bryan Marion, Chief Justice
           Rebeca C. Martinez, Justice
           Patricia O. Alvarez, Justice

On August 2, 2018, relator filed a petition for writ of mandamus. The next day, relator filed a motion to stay. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). Relator's motion to stay the trial court proceedings is also DENIED. The court's opinion will issue at a later date.

It is so **ORDERED** on August 15, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of August, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2010-CI-06011, styled *Claudia J. Carrillo v. Nathan E. Carrillo*, pending in the 225th Judicial District Court, Bexar County, Texas, the Honorable Solomon Casseb, III presiding.